**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORS OMAR PEREZ GONZALEZ, | Civil Action No. 26-7879 (ZNQ) |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN DELANEY HALL DETENTION FACILITY, *et al.*, | |
| Respondents. | |

This matter having come before the Court on Petitioner's motion to voluntarily dismiss this habeas matter (ECF No. 8), the Court having considered that request, and good cause having been shown,

**IT IS** on this 23rd day of July 2026,

**ORDERED** that Petitioner's motion to have this habeas matter voluntarily dismissed (ECF No. 8) is **GRANTED**; it is further

**ORDERED** that Petitioner's habeas petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically, and shall **CLOSE** the file.

                 s/ Zahid N. Quraishi
                 **ZAHID N. QURAISHI**
                 **UNITED STATES DISTRICT JUDGE**